UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>         Plaintiff,<br><br>- against -<br><br>BAUER MEDIA GROUP USA, LLC<br><br>         Defendant. | Docket No. 1:17-cv-09215 (LAK)<br><br>**NOTICE OF APPEAL** |

**NOTICE** is hereby given that plaintiff Steve Sands in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final order entered in this action on the 26th day of November, 2019 dismissing the action in its entirety with prejudice [Docket No. 78]; and the Order dated September 18, 2019 which imposed discovery sanctions on Richard Liebowitz, Esq. [Docket No. 56]; and the Order dated October 10, 2019 which denied plaintiff's motion for reconsideration or motion to vacate the order pursuant to Rule 60(b) [Docket No. 59]; and the Order dated October 22, 2019 which imposed a security bond of $50,000 on plaintiff [Docket No. 67]; and the Order dated December 17, 2019 which fixed the amount of discovery sanctions to be awarded [Docket No. 81].

Dated: December 26, 2019

                LIEBOWITZ LAW FIRM, PLLC

                **/s/richardpliebowitz/**
                Richard P. Liebowitz
                11 Sunrise Plaza, Ste. 305
                Valley Stream, NY 11580
                (516) 233-1660
                rl@liebowitzlawfirm.com

                *Counsel for Plaintiff Steve Sands*

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:17–cv–09215–LAK

| | |
|---|---|
| Sands v. Bauer Media Group USA, LLC | Date Filed: 11/22/2017 |
| Assigned to: Judge Lewis A. Kaplan | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Steve Sands** | represented by | **James H. Freeman**<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza #305<br>Valley Stream, NY 11580<br>(516) 233–1660<br>Fax: (516) 612–2740<br>Email: jf@liebowitzlawfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Yekaterina Tsyvkin**<br>Liebowitz Law Firm PLLC<br>11 Sunrise Plaza, Suite 301<br>Valley Stream, NY 11580<br>(347)–405–2871<br>Email: kt@liebowitzlawfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard Liebowitz**<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 301<br>Suite 305<br>Valleystream, NY 11580<br>516–233–1660<br>Email: RL@LiebowitzLawFirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Bauer Media Group USA, LLC** | represented by | **David S. Korzenik**<br>MILLER KORZENIK SOMMERS<br>RAYMAN LLP<br>1501 BROADWAY, STE 2015<br>New York, NY 10036<br>212–752-9200<br>Fax: 212–688–3996<br>Email: dkorzenik@mkslex.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Terence Patrick Keegan**<br>MILLER KORZENIK SOMMERS<br>RAYMAN LLP<br>1501 Broadway Suite 2015<br>New York, NY 10036<br>212–752–9200<br>Fax: 212–688–3996<br>Email: tkeegan@mkslex.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary M. Press** |

Miller Korzenik Sommers Rayman LLP
The Paramount Building
1501 Broadway
Ste 2015
New York, NY 10036
212–752–9200
Email: zpress@mkslex.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2017 | 1 | COMPLAINT against Bauer Media Group USA, LLC. (Filing Fee $ 400.00, Receipt Number 0208–14399455)Document filed by Steve Sands. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 11/22/2017) |
| 11/22/2017 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Bauer Media Group USA, LLC, re: 1 Complaint. Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 11/22/2017) |
| 11/27/2017 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Lewis A. Kaplan. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (kl) (Entered: 11/27/2017) |
| 11/27/2017 | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (kl) (Entered: 11/27/2017) |
| 11/27/2017 | | Case Designated ECF. (kl) (Entered: 11/27/2017) |
| 11/27/2017 | 3 | ELECTRONIC SUMMONS ISSUED as to Bauer Media Group USA, LLC. (kl) (Entered: 11/27/2017) |
| 11/27/2017 | | **\*\*\*NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (kl)** (Entered: 11/27/2017) |
| 11/27/2017 | | **\*\*\*NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright – Notice of Submission by Attorney found under the event list Other Documents. (kl)** (Entered: 11/27/2017) |
| 11/28/2017 | 4 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 11/28/2017) |
| 12/14/2017 | 5 | NOTICE OF APPEARANCE by David S. Korzenik on behalf of Bauer Media Group USA, LLC. (Korzenik, David) (Entered: 12/14/2017) |
| 12/14/2017 | 6 | NOTICE OF APPEARANCE by Terence Patrick Keegan on behalf of Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 12/14/2017) |
| 12/14/2017 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Heinrich Bauer Verlag Beteiligungs GmbH for Bauer Media Group USA, LLC. Document filed by Bauer Media Group USA, LLC.(Keegan, Terence) (Entered: 12/14/2017) |
| 12/20/2017 | 8 | STIPULATION EXTENDING TIME: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned: The time within which Defendant Bauer Media Group USA, LLC, must answer, move or otherwise respond to the Complaint of Plaintiff Steve Sands is hereby extended from December 18, 2017 to and including January 19, 2018; and as further set forth herein. SO ORDERED. (Bauer Media Group |

| | | |
|---|---|---|
| | | USA, LLC answer due 1/19/2018.) (Signed by Judge Lewis A. Kaplan on 12/20/2017) (anc) (Entered: 12/20/2017) |
| 12/20/2017 | 9 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Initial Conference set for 1/30/2018 at 10:30 AM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Lewis A. Kaplan; and as further set forth herein. (Signed by Judge Lewis A. Kaplan on 12/20/2017) (anc) (Entered: 12/20/2017) |
| 01/19/2018 | 10 | ANSWER to 1 Complaint. Document filed by Bauer Media Group USA, LLC. (Attachments: # 1 Exhibit FHM.com Article, # 2 Exhibit Ratajkowski Instagram profile)(Korzenik, David) (Entered: 01/19/2018) |
| 01/29/2018 | 11 | NOTICE OF APPEARANCE by Yekaterina Tsyvkin on behalf of Steve Sands. (Tsyvkin, Yekaterina) (Entered: 01/29/2018) |
| 02/06/2018 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Initial Pretrial Conference held on 2/6/2018. Parties to contact the Court by 2/20/2018 regarding setting a motion or trial date. (Mohan, Andrew) (Entered: 02/06/2018) |
| 02/20/2018 | 12 | LETTER MOTION for Discovery *and Summary Judgment Motion Schedule* addressed to Judge Lewis A. Kaplan from David S. Korzenik dated February 20, 2018. Document filed by Bauer Media Group USA, LLC.(Korzenik, David) (Entered: 02/20/2018) |
| 02/21/2018 | 13 | NOTICE OF APPEARANCE by James H. Freeman on behalf of Steve Sands. (Freeman, James) (Entered: 02/21/2018) |
| 02/21/2018 | 14 | CONSENT LETTER MOTION for Extension of Time *To File a Revised Discovery and Motion Schedule by Tues., Feb. 27* addressed to Judge Lewis A. Kaplan from James H. Freeman dated 2/21/18. Document filed by Steve Sands.(Freeman, James) (Entered: 02/21/2018) |
| 02/26/2018 | 15 | ORDER granting 14 Letter Motion for Extension of Time. Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 2/26/2018) (anc) (Entered: 02/26/2018) |
| 02/27/2018 | 16 | JOINT LETTER MOTION for Discovery *and Summary Judgment Motion Schedule* addressed to Judge Lewis A. Kaplan from James H. Freeman (Plaintiff) and David Korzenik (Defendant) dated 2/27/18. Document filed by Steve Sands.(Freeman, James) (Entered: 02/27/2018) |
| 05/24/2018 | 17 | ORDER granting 16 Letter Motion for Discovery (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 05/24/2018) |
| 05/25/2018 | 18 | JOINT LETTER addressed to Judge Lewis A. Kaplan from James H. Freeman (for Plaintiff) and David Korzenik (Defendant) dated 5/25/18 re: Extension of Discovery and Briefing Schedule. Document filed by Steve Sands.(Freeman, James) (Entered: 05/25/2018) |
| 06/01/2018 | 19 | MEMO ENDORSEMENT on re: 18 Letter filed by Steve Sands. ENDORSEMENT: Granted. SO ORDERED. (Fact Discovery due by 7/31/2018. Motions due by 10/2/2018. Responses due by 11/2/2018. Replies due by 11/16/2018.) (Signed by Judge Lewis A. Kaplan on 6/1/2018) (anc) (Entered: 06/01/2018) |
| 07/31/2018 | 20 | SECOND LETTER MOTION for Extension of Time to Complete Discovery *and Modify Parties' Summary Judgment Motion Schedule* addressed to Judge Lewis A. Kaplan from David S. Korzenik dated July 31, 2018. Document filed by Bauer Media Group USA, LLC. (Attachments: # 1 Exhibit Parties' Stipulation Extending Time)(Korzenik, David) (Entered: 07/31/2018) |
| 08/07/2018 | 21 | STIPULATION EXTENDING TIME FOR ANTICIPATED COMPLETION OF DISCOVERY AND SUMMARY JUDGMENT MOTION BRIEFING: IT IS HEREBY STIPULATED AND AGREED, between the undersigned counsel for the parties indicated below: That the time within which the parties anticipate completion of fact discovery is hereby extended from July 31, 2018 to and including August 7, 2018. Fact Discovery due by 8/7/2018., Motions due by 9/7/2018., Responses due by 11/16/2018, Replies due by 11/30/2018. And as set forth herein. Granted. SO ORDERED., Motions terminated: 20 SECOND LETTER MOTION for Extension of Time to Complete Discovery and Modify Parties' Summary Judgment Motion |

| | | |
|---|---|---|
| | | Schedule addressed to Judge Lewis A. Kaplan from David S. Korzenik dated July 31, 2018. filed by Bauer Media Group USA, LLC. (Signed by Judge Lewis A. Kaplan on 8/04/2018) (ama) (Entered: 08/07/2018) |
| 09/06/2018 | 22 | NOTICE OF CHANGE OF ADDRESS by Terence Patrick Keegan on behalf of Bauer Media Group USA, LLC. New Address: Miller Korzenik Sommers Rayman LLP, 1501 Broadway, Suite 2015, New York, NY, US 10036, 212–752–9200. (Keegan, Terence) (Entered: 09/06/2018) |
| 09/06/2018 | 23 | LETTER MOTION for Conference *and Suspension of Motion Briefing Schedule* addressed to Judge Lewis A. Kaplan from Terence P. Keegan and David S. Korzenik dated September 6, 2018. Document filed by Bauer Media Group USA, LLC.(Keegan, Terence) (Entered: 09/06/2018) |
| 09/06/2018 | 24 | NOTICE OF CHANGE OF ADDRESS by David S. Korzenik on behalf of Bauer Media Group USA, LLC. New Address: Miller Korzenik Sommers Rayman LLP, 1501 Broadway, Suite 2015, New York, NY, US 10036, 212–752–9200. (Korzenik, David) (Entered: 09/06/2018) |
| 09/07/2018 | 25 | MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement*. Document filed by Steve Sands.(Liebowitz, Richard) (Entered: 09/07/2018) |
| 09/07/2018 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement*. . Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 09/07/2018) |
| 09/07/2018 | 27 | DECLARATION of Steve Sands in Support re: 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement*.. Document filed by Steve Sands. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Liebowitz, Richard) (Entered: 09/07/2018) |
| 09/07/2018 | 28 | DECLARATION of Richard P. Liebowitz in Support re: 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement*.. Document filed by Steve Sands. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Liebowitz, Richard) (Entered: 09/07/2018) |
| 09/07/2018 | 29 | DECLARATION of Donna Halperin in Support re: 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement*.. Document filed by Steve Sands. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 09/07/2018) |
| 09/07/2018 | 30 | NOTICE of Plaintiff's Rule 56.1 Statement in Support of His Motion for Summary Judgment re: 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement*.. Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 09/07/2018) |
| 09/10/2018 | 31 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from James H. Freeman dated 9/10/18 re: 23 LETTER MOTION for Conference *and Suspension of Motion Briefing Schedule* addressed to Judge Lewis A. Kaplan from Terence P. Keegan and David S. Korzenik dated September 6, 2018. . Document filed by Steve Sands. (Freeman, James) (Entered: 09/10/2018) |
| 09/11/2018 | 32 | LETTER REPLY to Response to Motion addressed to Judge Lewis A. Kaplan from Terence P. Keegan and David S. Korzenik dated September 11, 2018 re: 23 LETTER MOTION for Conference *and Suspension of Motion Briefing Schedule* addressed to Judge Lewis A. Kaplan from Terence P. Keegan and David S. Korzenik dated September 6, 2018. . Document filed by Bauer Media Group USA, LLC. (Attachments: # 1 Exhibit Counsel emails, # 2 Exhibit Sands Initial Disclosures, # 3 Exhibit Sands Document Responses)(Korzenik, David) (Entered: 09/11/2018) |
| 09/13/2018 | 33 | ORDER granting in part 23 Letter Motion for Conference. 1. Defendant's time within which to respond to any motion by plaintiff for summary judgment is extended sine die. 2. Defendants may move for security for costs. (Signed by Judge Lewis A. Kaplan on 9/13/2018) (anc) (Entered: 09/13/2018) |

| | | |
|---|---|---|
| 10/23/2018 | 34 | LETTER MOTION to Reopen re: 33 Order on Motion for Conference, 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement. Plaintiff Respectfully Requests that the Court Lift the Stay on the briefing schedule for summary judgment and order Defendant to file its opposition within 14 days from the date of the proposed order* addressed to Judge Lewis A. Kaplan from Richard P. Liebowitz dated 10/23/18., LETTER MOTION to Expedite addressed to Judge Lewis A. Kaplan from Richard P. Liebowitz dated 10/23/18. Document filed by Steve Sands.(Liebowitz, Richard) (Entered: 10/23/2018) |
| 10/23/2018 | 35 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Terence P. Keegan dated October 23, 2018 re: 34 LETTER MOTION to Reopen re: 33 Order on Motion for Conference, 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement. Plaintiff Respectfully Requests that t LETTER MOTION to Expedite addressed to Judge Lewis A. Kaplan from Richard P. Liebowitz dated 10/23/18. . Document filed by Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 10/23/2018)* |
| 10/23/2018 | 36 | ORDER denying 34 Letter Motion to Reopen ; denying 34 Letter Motion to Expedite. (Signed by Judge Lewis A. Kaplan on 10/23/2018) (Kaplan, Lewis) (Entered: 10/23/2018) |
| 10/30/2018 | 37 | STATUS REPORT. *Re: 33 Motion for Security for Costs.* Document filed by Bauer Media Group USA, LLC.(Keegan, Terence) (Entered: 10/30/2018) |
| 11/02/2018 | 38 | MOTION for Sanctions *and/or Security for Costs*. Document filed by Bauer Media Group USA, LLC.(Keegan, Terence) (Entered: 11/02/2018) |
| 11/02/2018 | 39 | DECLARATION of Terence P. Keegan in Support re: 38 MOTION for Sanctions *and/or Security for Costs*.. Document filed by Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 11/02/2018) |
| 11/02/2018 | 40 | MEMORANDUM OF LAW in Support re: 38 MOTION for Sanctions *and/or Security for Costs*. . Document filed by Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 11/03/2018) |
| 11/05/2018 | 41 | PROPOSED STIPULATION AND ORDER. Document filed by Steve Sands. (Freeman, James) (Entered: 11/05/2018) |
| 11/06/2018 | 42 | STIPULATION AND ORDER RE: EXTENSION OF TIME: WHEREAS, on November 2, 2018, Defendant Bauer Media Group USA, LLC ("Defendant") filed a motion for sanctions and/or security for costs (the "Motion"); WHEREAS, Plaintiff Steve Sands ("Plaintiff") requested and Defendant consented to a 14–day extension of time for Plaintiff to respond; WHEREAS, no previous extensions have been made; and so IT IS HEREBY AGREED that Plaintiff Steve Sands' opposition papers, if any, shall be filed on or before November 30, 2018. Defendant's reply brief, if any, shall be filed on or before December 7, 2018. SO ORDERED. (Responses due by 11/30/2018, Replies due by 12/7/2018.) (Signed by Judge Lewis A. Kaplan on 11/6/2018) (jca) (Entered: 11/06/2018) |
| 11/30/2018 | 43 | MEMORANDUM OF LAW in Opposition re: 38 MOTION for Sanctions *and/or Security for Costs*. . Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 11/30/2018) |
| 11/30/2018 | 44 | DECLARATION of STEVE SANDS in Opposition re: 38 MOTION for Sanctions *and/or Security for Costs*.. Document filed by Steve Sands. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Liebowitz, Richard) (Entered: 11/30/2018) |
| 12/06/2018 | 45 | LETTER MOTION for Extension of Time *to File Reply in Support of Motion for Sanctions and/or Security for Costs* addressed to Judge Lewis A. Kaplan from Terence P. Keegan dated December 6, 2018., LETTER MOTION for Oral Argument *on Motion for Sanctions and/or Security for Costs* addressed to Judge Lewis A. Kaplan from Terence P. Keegan dated December 6, 2018. Document filed by Bauer Media Group USA, LLC.(Keegan, Terence) (Entered: 12/06/2018) |
| 12/07/2018 | 46 | ORDER granting 45 Letter Motion for Extension of Time; granting 45 Letter Motion for Oral Argument. Granted. SO ORDERED. (Signed by Judge J. Paul Oetken, Part I |

| | | |
|---|---|---|
| | | on 12/7/2018) (anc) Modified on 12/7/2018 (anc). (Entered: 12/07/2018) |
| 12/07/2018 | | Set/Reset Deadlines: Replies due by 12/14/2018. (anc) (Entered: 12/07/2018) |
| 12/14/2018 | 47 | LETTER addressed to Judge Lewis A. Kaplan from Richard Liebowitz dated 12/14/18 re: Notice of Supplemental Authority. Document filed by Steve Sands. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 12/14/2018) |
| 12/14/2018 | 48 | DECLARATION of Terence P. Keegan in Support re: 38 MOTION for Sanctions *and/or Security for Costs*.. Document filed by Bauer Media Group USA, LLC. (Attachments: # 1 Exhibit Ex A Email from Sands counsel dated 12–6–2018)(Keegan, Terence) (Entered: 12/14/2018) |
| 12/14/2018 | 49 | REPLY MEMORANDUM OF LAW in Support re: 38 MOTION for Sanctions *and/or Security for Costs*. . Document filed by Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 12/14/2018) |
| 12/17/2018 | 50 | LETTER MOTION for Leave to File Sur–Reply *in Further Opposition to Defendant's Motion for a Bond* addressed to Judge Lewis A. Kaplan from Richard Liebowitz dated 12/17/18. Document filed by Steve Sands.(Liebowitz, Richard) (Entered: 12/17/2018) |
| 12/18/2018 | 51 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Terence P. Keegan and David S. Korzenik dated December 18, 2018 re: 50 LETTER MOTION for Leave to File Sur–Reply *in Further Opposition to Defendant's Motion for a Bond* addressed to Judge Lewis A. Kaplan from Richard Liebowitz dated 12/17/18. . Document filed by Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 12/18/2018) |
| 12/20/2018 | 52 | ORDER denying 50 Letter Motion for Leave to File Document. Denied. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 12/20/2018) (jca) (Entered: 12/20/2018) |
| 06/10/2019 | 53 | SECOND LETTER MOTION to Reopen re: 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement*. addressed to Judge Lewis A. Kaplan from Richard Liebowitz dated 6/10/19. Document filed by Steve Sands.(Liebowitz, Richard) (Entered: 06/10/2019) |
| 06/18/2019 | 54 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Terence P. Keegan dated June 18, 2019 re: 53 SECOND LETTER MOTION to Reopen re: 25 MOTION for Partial Summary Judgment *Against Defendant Bauer Media Group USA, LLC on liability for Copyright Infringement*. addressed to Judge Lewis A. Kaplan from Richard Liebowitz dated *June 10, 2019*. Document filed by Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 06/18/2019) |
| 08/19/2019 | 55 | ORDER denying 53 Letter Motion to Reopen (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 08/19/2019) |
| 09/18/2019 | 56 | MEMORANDUM OPINION: For the foregoing reasons, defendant's motion to dismiss the action as a sanction for alleged discovery misconduct or, alternatively, to strike portions of the evidence that plaintiff has submitted in support of a motion for summary judgment or require a bond as security for costs and fees pursuant to Local Civ. R. 54.2 [DI 38], is granted to the extent that plaintiff's counsel, Mr. Liebowitz, shall pay defendant's reasonable attorney's fees, for making and litigating this motion, and plaintiff shall show cause, on or before October 2, 2019, why the Court should not condition plaintiffs ability to proceed with this action on the posting of a bond or other sufficient security in the amount of $50,000 for costs and attorney's fees in this action, and otherwise denied. Plaintiff's motion for partial summary judgment [DI 25] is denied. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 9/18/2019) (jca) Transmission to Finance Unit (Cashiers) for processing. (Entered: 09/18/2019) |
| 09/19/2019 | 57 | LISTING OF R. LIEBOWITZ COPYRIGHT ACTIONS. (jca) (Entered: 09/19/2019) |
| 10/02/2019 | 58 | MEMORANDUM OF LAW in Opposition re: 56 Memorandum & Opinion,,,, *Response re: Order to Show Cause*. Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 10/02/2019) |
| 10/02/2019 | 59 | MOTION for Reconsideration re; 56 Memorandum & Opinion,,,, . Document filed by Steve Sands.(Liebowitz, Richard) (Entered: 10/02/2019) |

| | | |
|---|---|---|
| 10/02/2019 | 60 | MEMORANDUM OF LAW in Opposition re: 59 MOTION for Reconsideration re; 56 Memorandum & Opinion,,,, . . Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 10/02/2019) |
| 10/02/2019 | 61 | CONSENT LETTER MOTION for Extension of Time *[Fixing date for Defendant to file 1) Declarations in support of attorneys' fees determination; 2) Response to Plaintiff's show−cause order opposition; 3) Opposition to Plaintiff's motion for reconsideration]* addressed to Judge Lewis A. Kaplan from Terence P. Keegan dated October 2, 2019. Document filed by Bauer Media Group USA, LLC.(Keegan, Terence) (Entered: 10/02/2019) |
| 10/03/2019 | 62 | ORDER granting 61 Motion for Extension of Time. (Signed by Judge Lewis A. Kaplan on 10/3/2019) (Kaplan, Lewis) (Entered: 10/03/2019) |
| 10/10/2019 | 63 | ORDER denying 59 Motion for Reconsideration. Counsel cites the standard for a motion for reconsideration in his memo. He then ignores it to simply argue points he argued on the motion. Reconsideration denied. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 10/10/2019) (jca) (Entered: 10/10/2019) |
| 10/16/2019 | 64 | NOTICE OF APPEARANCE by Zachary M. Press on behalf of Bauer Media Group USA, LLC. (Press, Zachary) (Entered: 10/16/2019) |
| 10/16/2019 | 65 | DECLARATION of David S. Korzenik in Support re: 38 MOTION for Sanctions *and/or Security for Costs.*. Document filed by Bauer Media Group USA, LLC. (Attachments: # 1 Matter Invoices and Payment Summaries)(Press, Zachary) (Entered: 10/16/2019) |
| 10/16/2019 | 66 | REPLY to Response to Motion re: 38 MOTION for Sanctions *and/or Security for Costs. Memorandum of Law in Opposition to 58 Plaintiff's Show−Cause Response Regarding Security For Costs*. Document filed by Bauer Media Group USA, LLC. (Press, Zachary) (Entered: 10/16/2019) |
| 10/22/2019 | 67 | MEMORANDUM OPINION: This action shall be dismissed with prejudice unless Sands, on or before October 29, 2019, posts of a bond or other sufficient security in the amount of $50,000 for costs and attorney's fees in this action. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 10/22/2019) (mml) Transmission to Finance Unit (Cashiers) for processing. (Entered: 10/22/2019) |
| 10/29/2019 | 68 | MOTION for Recusal . Document filed by Steve Sands.(Liebowitz, Richard) (Entered: 10/29/2019) |
| 10/29/2019 | 69 | MEMORANDUM OF LAW in Support re: 68 MOTION for Recusal . . Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 10/29/2019) |
| 10/30/2019 | 70 | DECLARATION of Richard Liebowitz in Support re: 68 MOTION for Recusal .. Document filed by Steve Sands. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 10/30/2019) |
| 10/30/2019 | 71 | RESPONSE in Opposition to Motion re: 68 MOTION for Recusal . *Response re counsel statements in supporting documents [69, 70]*. Document filed by Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 10/30/2019) |
| 11/12/2019 | 72 | DECLARATION of David S. Korzenik in Opposition re: 68 MOTION for Recusal .. Document filed by Bauer Media Group USA, LLC. (Korzenik, David) (Entered: 11/12/2019) |
| 11/12/2019 | 73 | MEMORANDUM OF LAW in Opposition re: 68 MOTION for Recusal . . Document filed by Bauer Media Group USA, LLC. (Korzenik, David) (Entered: 11/12/2019) |
| 11/19/2019 | 74 | REPLY MEMORANDUM OF LAW in Support re: 68 MOTION for Recusal . . Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 11/19/2019) |
| 11/19/2019 | 75 | REPLY AFFIDAVIT of Richard Liebowitz in Support re: 68 MOTION for Recusal .. Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 11/19/2019) |
| 11/20/2019 | 76 | LETTER MOTION for Leave to File To file Opposition Brief to Docket #65 addressed to Judge Lewis A. Kaplan from Richard Liebowitz dated 11/20/19. Document filed by Steve Sands.(Liebowitz, Richard) (Entered: 11/20/2019) |

| | | |
|---|---|---|
| 11/20/2019 | 77 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Terence P. Keegan dated 11/20/2019 re: 76 LETTER MOTION for Leave to File To file Opposition Brief to Docket #65 addressed to Judge Lewis A. Kaplan from Richard Liebowitz dated 11/20/19. . Document filed by Bauer Media Group USA, LLC. (Press, Zachary) (Entered: 11/20/2019) |
| 11/26/2019 | 78 | MEMORANDUM AND ORDER denying 68 Motion for Recusal; granting in part 76 Letter Motion for Leave to File Document. For the foregoing reasons, plaintiff's recusal motion (Dkt. 68) is denied in all respects. The action is dismissed with prejudice for plaintiffs failure to post security as required by the October 22, 2019 order. Plaintiff's motion for permission to file a further memorandum concerning the amount of attorney's fees to be awarded (Dkt. 77) is granted to the extent that he may file such a memorandum provided it is filed on or before December 6, 2019 and does not exceed 10 double spaced pages. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 11/26/2019) (jca) Modified on 12/20/2019 (jca). (Entered: 11/26/2019) |
| 12/06/2019 | 79 | MEMORANDUM OF LAW in Opposition re: 65 Declaration in Support of Motion . Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 12/06/2019) |
| 12/13/2019 | 80 | REPLY AFFIRMATION of Terence P. Keegan in Support re: 38 MOTION for Sanctions *and/or Security for Costs*.. Document filed by Bauer Media Group USA, LLC. (Keegan, Terence) (Entered: 12/13/2019) |
| 12/17/2019 | 81 | MEMORANDUM AND ORDER: On September 18, 2019, the Court ordered Mr. Richard Liebowitz, counsel for plaintiff, to pay defendant's reasonable attorneys' fees for making and litigating its motion for sanctions [DI–56]. Defense counsel submitted its timesheets along with several declarations in support of its fee petition [DI–65, 80]. These documents asserted that defense counsel billed 116.8 hours at a blended rate of $326.11 per hour – a total of $38,090 – in connection with the sanctions motion. Plaintiff argues that defense counsel's hours are excessive and that Mr. Liebowitz should be required to pay no more than $5,625, or 15 hours at $375 per hour [DI–79].1 The Court has carefully considered the parties' submissions, in particular defense counsel's timesheets. It finds that defense counsel's hours are unreasonably high relative to the amount of work one would be expected to perform in prosecuting the sanctions motion. The Court finds it proper to reduce defense counsel's hours by 25%, from 116.8 to 87.6. At the rate of $326.11 per hour, this comes to $28,567.50. Mr. Liebowitz is ordered to pay this amount to defense counsel. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 12/17/2019) (jca) (Entered: 12/17/2019) |
| 12/26/2019 | 82 | NOTICE OF APPEAL from 67 Memorandum & Opinion, 56 Memorandum & Opinion,,,, 78 Order on Motion for Recusal, Order on Motion for Leave to File Document,,,, 81 Order,,,,,. Document filed by Steve Sands. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Liebowitz, Richard) (Entered: 12/26/2019) |
| 12/26/2019 | | Appeal Fee Due: for 82 Notice of Appeal,. $505.00 Appeal fee due by 1/9/2020. (nd) (Entered: 12/27/2019) |
| 12/27/2019 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 82 Notice of Appeal,. (nd) (Entered: 12/27/2019) |
| 12/27/2019 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 82 Notice of Appeal, filed by Steve Sands were transmitted to the U.S. Court of Appeals. (nd) (Entered: 12/27/2019) |