NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sands v. Bauer Media  Docket No.: 19-cv-4336

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: James H. Freeman

Firm: Liebowitz Law Firm, PLLC

Address: 11 Sunrise Plaza, Ste. 305, Valley Stream, NY 11580

Telephone: 516-233-1660                      Fax: (516) 612-2740

E-mail: jf@liebowitzlawfirm.com

Appearance for: Plaintiff-Appellant Steve Sands
(party/designation)

Select One:

☑ Substitute counsel (replacing lead counsel: Richard Liebowitz, Liebowitz Law Firm, PLLC )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 4, 2019  OR

☐ I applied for admission on _____.

Signature of Counsel: /s/jameshfreeman/

Type or Print Name: James H. Freeman