NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: SANDS V. BAUER MEDIA GROUP USA, LLC        Docket No.: 19-4336

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: TERENCE P. KEEGAN

Firm: MILLER KORZENIK SOMMERS RAYMAN LLP

Address: 1501 BROADWAY, SUITE 2015

Telephone: 212-752-9200        Fax: 212-688-3996

E-mail: TKEEGAN@MKSLEX.COM

Appearance for: BAUER MEDIA GROUP USA, LLC/APPELLEE-DEFENDANT
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: DAVID S. KORZENIK/MILLER KORZENIK SOMMERS RAYMAN LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Terence P. Keegan

Type or Print Name: Terence P. Keegan