# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand and twenty,

_____

| | |
|---|---|
| Steve Sands, | **ORDER** |
|   Plaintiff - Appellant, | Docket Number: 19-4336 |
| v. | |
| Bauer Media Group USA, LLC, | |
|   Defendant - Appellee. | |

_____

  A notice of appeal was filed on December 26, 2019. The Appellant's Acknowledgment and Notice of Appearance Form due January 13, 2020 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

  IT IS HEREBY ORDERED that the appeal will be dismissed effective February 05, 2020 if the Acknowledgment and Notice of Appearance Form is not filed by that date.


                For The Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court