

| | |
|---|---|
| | 11 Sunrise Plaza, Ste. 305<br>Valley Stream, NY 11580<br>(516) 233-1660<br>www.LiebowitzLawFirm.com |

February 5, 2020

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>Sands v. Bauer Media Group,</u> 19-cv-4336 – Scheduling Request

Dear Ms. Wolfe:

    We represent Appellant Steve Sands in the above-captioned case. Pursuant to Rule 31.2(a)(1)(B), Appellee requests a deadline of May 5, 2020 for the filing of Appellant's Brief, which is less than 91 days after the date Appellant filed his Notice of Appearance.

                            Respectfully Submitted,

                            **/jameshfreeman/**
                            James H. Freeman

                            *Counsel for Appellant*

Cc: Counsel of Record (via ECF)

