# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the \_\_\_\_ day of _____, two thousand_____

| | |
|---|---|
| STEVE SANDS,<br><br>       Plaintiff-Appellant,<br><br>v.<br><br>BAUER MEDIA GROUP USA, LLC<br><br>       Defendant-Appellee. | **STIPULATION**<br><br>Index No.: 19-4336 |

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff-appellant Steve Sands and defendant-appellee Bauer Media Group USA, LLC, by and through their undersigned attorneys, that the above-captioned case be, and hereby is, withdrawn with prejudice pursuant to FED. R. APP. P. 42(b), with each party to bear his or its own costs and attorneys' fees.

Dated:  May  4  , 2020

/s/jameshfreeman/
_____
James H. Freeman
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff-Appellant Steve Sands*

Dated:  May  1, 2020

/s/Terence P. Keegan
_____
Terence P. Keegan
MILLER KORZENIK
SOMMERS RAYMAN LLP
1501 Broadway, Suite 2015
New York, NY 10036
(212) 752-9200

*Attorneys for Defendant-Appellee Bauer Media USA, LLC*

Date: _____ SO ORDERED:

_____