**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: May 04, 2020
Docket #: 19-4336cv
Short Title: Sands v. Bauer Media Group USA, LLC

DC Docket #: 17-cv-9215
DC Court: SDNY (NEW YORK CITY)
DC Judge: Kaplan

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8560.